Weir Greenblatt Pierce LLP
A Pennsylvania Limited Liability Partnership
PENNSYLVANIA • NEW JERSEY • DELAWARE • NEW YORK

35 KINGS HIGHWAY EAST
HADDONFIELD, NJ 08033
(856) 429-7750
(856) 427-0360 FAX
WGPLLP.com

September 17, 2024

***Via CM/ECF***
Honorable Karen M. Williams
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**Re: Salvatore and Jacqueline Caputo, et al. v. Cherry Hill Township,
U.S. District Court, District of New Jersey,
Case: 1:24-cv-07723-KMW-SAK**

Dear Judge Williams:

This law firm represents the Plaintiffs in the above-referenced matter. The purpose of this letter is to advise the Court that the Plaintiffs and Defendant conferred pursuant to Local Civil Rules 26.1(b)(2) and 26.1(d) concerning discovery of digital information. The parties have agreed on computer-based and other digital discovery matters and have determined that an electronic discovery order is not required at this time.

If my office can be of further assistance, please let me know.

Respectfully submitted,

*/s/ Patrick T. Krenicky*

Patrick T. Krenicky, Esquire
*Attorney for Plaintiffs*

cc: United States Magistrate Judge Sharon A. King (*via* CM/ECF)
William F. Cook, Esquire (*via* CM/ECF)
Joseph T. Carney, Esquire (*via* CM/ECF)