**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **SALVATORE CAPUTO et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CHERRY HILL TOWNSHIP,**<br><br>**Defendant.** | **Civil No. 24-7723 (KMW/SAK)** |

**ORDER**

This matter is before the Court on the request of Defendant Cherry Hill Township seeking entry of an order adopting its proposed "Protocol for Property Depositions of Individual Plaintiffs" [ECF No. 16]; and Defendant seeking to, *inter alia*, conduct depositions the individual plaintiffs, in part, at their respective properties by video and/or audio means pursuant to FED. R. CIV. P. 30, *see* Def.'s Req. at 2–4; and the Court having received Plaintiffs' opposition [ECF No. 18]; and Plaintiffs contending that Defendant's proposed protocol is neither reasonable nor appropriate, and overly burdensome to Plaintiffs, *see* Pls.' Opp'n at 2; and Plaintiffs further contending that the proposed protocol fails to "afford Plaintiffs the protections afforded by the procedures set forth in Rule 30," *id.* at 3; and Plaintiffs conceding that the proposed protocol is not prohibited by Rule 30 but arguing that "the burden placed on the deponent in accommodating such a roving deposition far outweighs the degree to which the proposed combined deposition-inspection will aid in the search for truth," *id.* (citation omitted); and Plaintiff further arguing that the proposed "protocol for conducting the depositions lacks accuracy and reliability," *id.*; and, as such, Plaintiffs averring that Defendant "has failed to demonstrate why other means of discovery would not yield evidence

equally helpful and relevant without imposing the burdens and dangers to which Plaintiffs [would] be subject" under the proposed protocol, *id.* at 4; and Plaintiffs further averring that such discovery "is obtainable in a more convenient and less burdensome manner," *id.*; and, to this end, Plaintiffs proposing an alternative approach as follows: the parties exchange written discovery responses, Defendant and its experts conduct property inspections of the individual plaintiffs' properties, and the use of such video and photographs at Plaintiffs' depositions, conducted in a traditional setting, *see id.* at 5; and the Court finding Defendant's proposed protocol is overly burdensome to Plaintiffs and not sufficiently calculated to yield accurate or reliable evidence; and the Court further finding that the discovery sought can be obtained by more reliable and convenient, and less burdensome means; and the Court, therefore, concluding that the burden of the proposed protocol far outweighs its likely benefit, *see* FED. R. CIV. P. 26(b)(1); and accordingly,

**IT IS HEREBY ORDERED** this **4th** day of **November**, **2024**, that Defendant's request [ECF No. 16] is **DENIED**.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc: Hon. Karen M. Williams, U.S.D.J.