LAW OFFICES
WEIR LLP
A Pennsylvania Limited Liability Partnership

20 Brace Road, Suite 201
Cherry Hill, New Jersey 08034
WEIRLAWLLP.COM

Patrick T. Krenicky
Member of PA and NJ Bars

Direct Dial (215) 241-7736
E-mail: pkrenicky@weirlawllp.com

April 1, 2025

***Via ECF***

Honorable Sharon A. King, U.S.M.J.
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3B
Camden, NJ 08101

**Re: Caputo, et al. v. Cherry Hill Township**
**Civil Action No. 1:24-cv-07723**

Dear Judge King:

The parties write in advance of the April 10, 2025 status conference to update the Court on the status of the above referenced matter. The parties are diligently engaged in discovery and have largely completed written discovery. However, due to the large number of parties and documents produced in discovery (ESI alone exceeds 69,000 pages), the parties require an extension of the case management deadlines to complete fact discovery, including the depositions of at least thirteen different people, which includes the eleven plaintiffs. We look forward to discussing with the Court at the April 10, 2025 conference.

Very truly yours,

Patrick T. Krenicky

cc: William Cook, Esq. (via ECF)
James Carney, Esq. (via ECF)