**BROWN & CONNERY LLP**
William F. Cook, Esquire
Joseph T. Carney, Esquire
Gina M. Roswell, Esquire
Jose A. Jimenez, Esquire
360 North Haddon Avenue
Westmont, New Jersey 08108
Attorneys for Defendant Cherry Hill Township

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SALVATORE CAPUTO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHERRY HILL TOWNSHIP<br><br>Defendant. | Civil Action No.<br>1:24-cv-07723-KMW-SAK |

**RESPONSE TO PLAINTIFF'S COUNTERSTATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendant hereby submits the following Response to Plaintiffs Counterstatement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 (providing that if a non-moving party files a Statement of Undisputed Material Facts, "The movant shall respond to any such supplemental statement of disputed material facts as above, with its reply papers.").

1. Admitted.

2. The allegations of this paragraph do not contain a reference to any affidavit or document in the record as required by Local Civil Rule 56.1, and therefore, no response is required.

3. The allegations of this paragraph do not contain a reference to any affidavit or document in the record as required by Local Civil Rule 56.1, and therefore, no response is required.

4. The allegations of this paragraph do not contain a reference to any affidavit or document in the record as required by Local Civil Rule 56.1, and therefore, no response is required.

5. The allegations of this paragraph do not contain a reference to any affidavit or document in the record as required by Local Civil Rule 56.1, and therefore, no response is required.

6. The allegations of this paragraph do not contain a reference to any affidavit or document in the record as required by Local Civil Rule 56.1, and therefore, no response is required.

7. Denied. None of the Plaintiffs submitted tort claim notices.

8. Denied. The Township had no notice of Plaintiffs' tort claims because no tort claim notices were filed. By way of further response, this paragraph generally cites "Exhibit A", which is only the interrogatory responses of the Caputo Plaintiffs, without any reference to a specific interrogatory containing this alleged information.

9. Denied. By way of further response, this paragraph generally cites "Exhibit A", which is only the interrogatory responses of the Caputo Plaintiffs, without any reference to a specific interrogatory. Additionally, nothing in Exhibit A shows that Plaintiffs submitted tort claim notices.

10. Denied. The Township had no notice of Plaintiffs' tort claims because no tort claim notices were filed.

11. Denied. The allegations of this paragraph cited a website article which is hearsay and inadmissible. By way of further response, the website article does not indicate that any Plaintiffs filed tort claim notices.

12. Denied. The website article from February 2020 does not contain quotes as improperly suggested by this paragraph. Regardless, this alleged quote by

former Mayor Cahn from October 2019 is irrelevant. Plaintiffs submitted no tort claim notices as to their properties.

13. Denied. The Township had no notice of Plaintiffs' tort claims because no tort claim notices were filed. Moreover, nothing in this website article from February 2020 constitutes any awareness, review or assessment of Plaintiffs' tort claims in this matter. Nor does the website show that Plaintiffs filed tort claim notices.

14. Admitted that the Township sent a letter, the contents of which speak for itself. Denied that the letter shows that Plaintiffs filed tort claim notices.

15. Admitted that the Township sent a letter, the contents of which speak for itself. Denied that the letter shows that Plaintiffs filed tort claim notices.

16. Denied. The letter contains no such acknowledgment.

17. Denied. The letter is merely an invitation to a meeting to discuss flooding concerns. It does not show any knowledge that the Plaintiffs intended to proceed with tort claims.

18. Denied. The letter is merely an invitation to a meeting to discuss flooding concerns. It does not show any knowledge that the Plaintiffs intended to proceed with tort claims.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for the Township of Cherry Hill*

Dated: April 14, 2025

By: *s/ William F. Cook*
William F. Cook, Esquire