# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William F. Cook, Esq.
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
wcook@brownconnery.com


June 5, 2025

**Honorable Sharon A. King, U.S.M.J.** **VIA ECF**
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3C
Camden, New Jersey 08101

**Re: Caputo v. Township of Cherry Hill**
District of New Jersey Docket No. 1:24-cv-07723 (KMW/SAK)
Our File 24-1318

Dear Judge King:

I represent Defendant Township of Cherry Hill in this matter. As an update, a telephone status conference is scheduled for tomorrow, June 5, 2025. As I informed Plaintiff's counsel this morning, I am in a trial tomorrow in the New Jersey Office of Administrative Law ("OAL"), and my colleague in this matter, Joseph Carney, is also unavailable due to a funeral. Accordingly, we respectfully request an adjournment of tomorrow's conference. Plaintiff's counsel kindly consents to this request.

Thank you.

Respectfully submitted,

**BROWN & CONNERY, LLP**

/s/ William F. Cook
William F. Cook, Esquire

WFC/
cc: All Record Counsel ***(via email)***

7SZ1949