LAW OFFICES
WEIR LLP
A Pennsylvania Limited Liability Partnership

1300 Route 73, Suite 314
Mount Laurel, New Jersey 08054
WEIRLAWLLP.COM

Patrick T. Krenicky
Member of PA and NJ Bars

Direct Dial (215) 241-7736
E-mail: pkrenicky@weirlawllp.com

June 22, 2026

***Via ECF***

Honorable Sharon A. King, U.S.M.J.
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3B
Camden, NJ 08101

**Re: Caputo, et al. v. Cherry Hill Township**
**Civil Action No. 1:24-cv-07723**

Dear Judge King:

This firm represents Plaintiffs in the above referenced case. We write to the Court on behalf of Plaintiffs and Defendant to jointly request an extension to July 31, 2026 to complete the depositions of experts in the above referenced case, and to request a continuance of the July 7, 2026 settlement conference to a date after the completion of expert depositions. Good cause exists for an extension of the expert deposition deadline because the parties have diligently scheduled depositions of their experts but given the large number of expert witnesses in the case (there are six total expert witnesses) and the complexity of the expert issues, the parties require additional time to complete the depositions. Accordingly, Plaintiffs and Defendant jointly request that the Court extend the deadline for expert depositions to July 31, 2026, and continue the settlement conference to a date after the July 31, 2026 expert deposition deadline. We thank you for the Court's consideration of this matter.

Very truly yours,

*s/ Patrick T. Krenicky*

Patrick T. Krenicky

cc: all counsel of record