**BROWN & CONNERY, LLP**
ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William F. Cook, Esq.
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
wcook@brownconnery.com

August 18, 2026

**Honorable Sharon A. King, U.S.M.J.** **VIA ECF**
United States District Court, Camden
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Street, Courtroom 3C
Camden, New Jersey 08101

**Re: Caputo v. Township of Cherry Hill**
District of New Jersey Docket No. 1:24-cv-07723 (KMW/SAK)
Our File 24-1318

Dear Judge King:

I represent Defendant Township of Cherry Hill in this matter. Please accept this as an update in the case and a request for an adjournment of the settlement conference scheduled for August 27, 2026.

As Your Honor may recall, Plaintiffs are property owners of certain residential properties in the Township. Plaintiffs allege inverse condemnation due to the Township's stormwater system. These claims are denied by the Township.

Expert depositions have all been completed, except for one (1) deposition remaining of the real estate expert for the Township.

It is respectfully requested that the August 27, 2026 settlement conference be adjourned. I will be away on a family vacation. Because I am lead trial counsel for the Township, I would need to be at the settlement conference.

I appreciate the Court's kind consideration of this request.

Thank you.

Respectfully submitted,

**BROWN & CONNERY, LLP**

/s/ William F. Cook
William F. Cook, Esquire

WFC/
cc: All Record Counsel ***(via ECF)***